NO. 07-10-0192-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 JULY 19, 2010

 ______________________________

 OLIVIA REYES TIENDA, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE

 _________________________________

 FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

 NO. 2009-422,182; HONORABLE CECIL G. PURYEAR, JUDGE

 _______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
 Following a plea of not guilty, Appellant, Olivia Reyes Tienda, was convicted of credit card or debit card abuse, a state jail felony. Punishment was assessed at twenty-four months confinement. By this accelerated appeal, Appellant is challenging the trial court's order denying her bail pending appeal. Appellant's brief was filed on June 28, 2010. Appellee's brief is due July 28, 2010.
By opinion and judgment dated this same date, this Court dismissed Appellant's direct appeal of her felony conviction for credit card or debit card abuse in Cause Number 07-10-0257-CR for want of jurisdiction. Our disposition of Appellant's direct appeal renders her appeal from the court's order denying bail pending appeal moot. 
 Consequently, this accelerated appeal is dismissed as moot. 
 Patrick A. Pirtle
 Justice
Do not publish.